**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| REBECCA LYNNE PATTERSON, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> CABALETTA BIO, INC., STEVEN A. NICHTBERGER, ANUP MARDA, DAVID J. CHANG, CATHERINE BOLLARD, BRIAN DANIELS, RICHARD HENRIQUES, and MARK SIMON, <br><br> Defendants. | Case No.: 2:22-cv-00737-JMY <br><br> CLASS ACTION |

**DECLARATION OF VINCENT COPPOLA IN FURTHER SUPPORT OF THE MOTION OF GRANT LACEY FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

I, Vincent A. Coppola, hereby declare as follows:

1.      I am an attorney of the law offices of Pribanic & Pribanic, LLC. I am a member in good standing of the bar of the Commonwealth of Pennsylvania.

2.      I submit this Declaration, together with the attached exhibit, in further support of the Motion of Grant Lacey ("Movant") to appoint him to serve as lead plaintiff on behalf of the Class and to approve his selection of Levi & Korsinsky, LLP as Lead Counsel and Pribanic & Pribanic, LLC as Liaison Counsel for the Class.

3.      I am fully familiar with the facts set forth herein.

4.      Attached hereto as **Exhibit A** is a true and correct copy of the certification signed by Movant attesting to his transactions in Cabaletta Bio, Inc. ("Cabaletta" or the "Company") common stock pursuant and/or traceable to the IPO and/or securities during the Class Period.

5.      Attached hereto as **Exhibit B** is a true and correct copy of loss chart detailing the losses sustained by Movant.

6.      Attached hereto as **Exhibit C** is a true and correct copy of the press release announcing the filing of the above-captioned action, which was filed in this Court on February 28, 2022.

**7.**      Attached hereto as **Exhibit D** are true and correct copies of the firm résumés of Levi & Korsinsky, LLP and Pribanic & Pribanic, LLC.

Executed this 29th day of April, 2022          */s/ Vincent A. Coppola*
Pittsburgh, Pennsylvania.                              Vincent A. Coppola

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 29, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such to all CM/ECF participants.

Dated: April 29, 2022

*/s/ Vincent A. Coppola*
Vincent A. Coppola