# EXHIBIT B

| Client Name | Grant Lacey |
|---|---|
| Company Name | Cabaletta Bio, Inc. |
| Ticker Symbol | CABA |
| Security Type | |
| Class Period Start | 10-24-2019 |
| Class Period End | 12-13-2021 |
| 90-DAY Lookback Period Start | 12-14-2021 |
| 90-DAY Lookback Period End | 03-13-2022 |
| 90-DAY Lookback Average | $ 03.07 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $16,399.10 |
| *DURA LIFO* Total* | $16,399.10 |
| Gross Shares Purchased | 1,682 |
| Net Shares Retained | 1,682 |
| Net Funds Expended | $21,557.88 |

### Grant Lacey

| | Purchases | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 01-22-2021 | 682 | 14.1 | $ 9,616.20 | | | | | | - | 682 | 682 | $ 03.07 | $ 2,091.73 | $ 7,524.47 | $ 7,524.47 |
| 03-10-2021 | 611 | 11.91 | $ 7,277.01 | | | | | | - | 611 | 611 | $ 03.07 | $ 1,873.97 | $ 5,403.04 | $ 5,403.04 |
| 03-10-2021 | 300 | 11.98 | $ 3,594.00 | | | | | | - | 300 | 300 | $ 03.07 | $ 920.11 | $ 2,673.89 | $ 2,673.89 |
| 03-10-2021 | 89 | 12.03 | $ 1,070.67 | | | | | | - | 89 | 89 | $ 03.07 | $ 272.97 | $ 797.70 | $ 797.70 |
| Total: | 1,682 | | $21,557.88 | | | | | | | 1,682 | 1,682 | | $5,158.78 | $16,399.10 | $16,399.10 |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure matched to intra-class period purchases.