**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| REBECCA LYNNE PATTERSON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CABALETTA BIO, INC., STEVEN A. NICHTBERGER, ANUP MARDA, DAVID J. CHANG, CATHERINE BOLLARD, BRIAN DANIELS, RICHARD HENRIQUES, and MARK SIMON,<br><br>Defendants. | Case No.  2:22-cv-00737-JMY |

**NOTICE OF MOTION OF CHARLES CASEY NOLAN FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL**

**TO:  ALL PARTIES AND THEIR COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that Charles Casey Nolan ("Nolan"), by and through his counsel, will and does hereby move this Court, pursuant to Section 27(a)(3) of the Securities Act of 1933, 15 U.S.C. § 77z-1(a)(3), and Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995, for the entry of an Order: (1) appointing Nolan as Lead Plaintiff on behalf of a class consisting of all persons and entities other than the above-captioned defendants who purchased or otherwise acquired (a) Cabaletta Bio, Inc. ("Cabaletta" or the "Company") common stock pursuant and/or traceable to the Offering Documents issued in connection with the Company's initial public offering conducted on or about October 24, 2019; and/or (b) Cabaletta securities between October 24, 2019 and December 13, 2021, both dates inclusive (the "Class"); and (2) approving Lead Plaintiff's selection of Pomerantz LLP as Lead Counsel and the Rosen Law Firm, P.A. as Liaison Counsel for the Class.

Dated:   April 29, 2022

Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

*/s/Jacob A. Goldberg*
Jacob A. Goldberg (PA I.D. #66399)
101 Greenwood Avenue, Suite 440
Jenkintown, PA 19046
Telephone: .215.600.2817
Facsimile: 212.202.3827
jgoldberg@rosenlegal.com

*Counsel for Lead Plaintiff Movant Charles Casey Nolan and Proposed Liaison Counsel for the Class*

**POMERANTZ LLP**
Jeremy A. Lieberman
(*pro hac vice* application forthcoming)
J. Alexander Hood II
(*pro hac vice* application forthcoming)

2

600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
jalieberman@pomlaw.com
ahood@pomlaw.com

*Counsel for Lead Plaintiff Movant Charles Casey Nolan and Proposed Lead Counsel for the Class*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 29, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such to all CM/ECF participants.

Dated: April 29, 2022

/s/*Jacob A. Goldberg*
Jacob A. Goldberg