**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| REBECCA LYNNE PATTERSON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CABALETTA BIO, INC., STEVEN A. NICHTBERGER, ANUP MARDA, DAVID J. CHANG, CATHERINE BOLLARD, BRIAN DANIELS, RICHARD HENRIQUES, and MARK SIMON,<br><br>Defendants. | Case No.  2:22-cv-00737-JMY |

**DECLARATION OF JACOB A. GOLDBERG IN SUPPORT OF MOTION OF CHARLES CASEY NOLAN FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL**

I, Jacob A. Goldberg, hereby declare as follows:

1.      I am an attorney with the Rosen Law Firm, P.A. ("Rosen"), local counsel on behalf of Charles Casey Nolan ("Nolan") and proposed Liaison Counsel for the Class, and have personal knowledge of the facts set forth herein.

2.      I make this Declaration in support of Nolan's motion for appointment as Lead Plaintiff for the Class in the above-captioned action (the "Action") and approval of Nolan's selection of Pomerantz LLP ("Pomerantz") as Lead Counsel and Rosen as Liaison Counsel for the Class.

3.      Attached hereto as the exhibits indicated are true and correct copies of the following:

| | | |
|---|---|---|
| Exhibit A: | Chart reflecting Nolan's financial interest in the Action; |
| Exhibit B: | Press release published over *PRNewswire* on February 28, 2022, announcing the pendency of the Action; |
| Exhibit C: | Shareholder Certification executed by Nolan; |
| Exhibit D: | Declaration executed by Nolan; |
| Exhibit E: | Firm resume of Pomerantz; and |
| Exhibit F: | Firm resume of Rosen. |

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on April 29, 2022.

/s/ Jacob A. Goldberg
Jacob A. Goldberg

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on April 29, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such to all CM/ECF participants.

Dated: April 29, 2022

<u>*/s/ Jacob A. Goldberg*</u>
Jacob A. Goldberg

3