# EXHIBIT A

**Cabaletta Bio, Inc. (CABA)**
**Class Period: October 24, 2019 to December 13, 2021**
**IPO Date: October 24, 2019**
**IPO Price:  $11.00/share**

|  |  |  | **90-Day \*** |
| --- | --- | --- | --- |
|  |  | **Mean Price** |
|  | **10b** | **$3.0452** |
|  | **11** | **$2.1600** |

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | Estimated Value | Estimated Gain(Loss) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Charles Casey Nolan | 12/21/2021 | 51.00 | $4.5200 | ($231) |  |  |  |  |  |  |  |
| Charles Casey Nolan | 12/21/2021 | 33.00 | $4.5200 | ($149) |  |  |  |  |  |  |  |
| Charles Casey Nolan | 12/21/2021 | 33.00 | $4.5200 | ($149) |  |  |  |  |  |  |  |
| Charles Casey Nolan | 12/21/2021 | 37.00 | $4.5000 | ($167) |  |  |  |  |  |  |  |
| Charles Casey Nolan | 12/21/2021 | 100.00 | $4.6100 | ($461) |  |  |  |  |  |  |  |
| Charles Casey Nolan | 12/21/2021 | 100.00 | $4.6100 | ($461) |  |  |  |  |  |  |  |
| Charles Casey Nolan | 12/21/2021 | 157.00 | $4.6100 | ($724) |  |  |  |  |  |  |  |
| Charles Casey Nolan | 12/21/2021 | 100.00 | $4.6100 | ($461) |  |  |  |  |  |  |  |
| Charles Casey Nolan | 12/21/2021 | 118.92 | $4.6100 | ($548) |  |  |  |  |  |  |  |
| Charles Casey Nolan | 12/21/2021 | 24.00 | $4.6800 | ($112) |  |  |  |  |  |  |  |
| Charles Casey Nolan | 12/21/2021 | 100.00 | $4.6100 | ($461) |  |  |  |  |  |  |  |
| Charles Casey Nolan | 12/21/2021 | 100.00 | $4.6100 | ($461) |  |  |  |  |  |  |  |
| Charles Casey Nolan | 12/21/2021 | 100.00 | $4.6100 | ($461) |  |  |  |  |  |  |  |
| Charles Casey Nolan | 12/21/2021 | 33.00 | $4.6800 | ($154) |  |  |  |  |  |  |  |
| Charles Casey Nolan | 12/21/2021 | 0.11 | $4.5000 | ($0) |  |  |  |  |  |  |  |
| **Charles Casey Nolan** |  | **1,087.03** |  | **($5,001)** |  |  |  |  | **1,087.03** | **$3,310** | **($1,690)** |