# EXHIBIT B

# Pomerantz Law Firm Announces the Filing of a Class Action Against Cabaletta Bio, Inc., and Certain Officers - CABA



NEWS PROVIDED BY
**Pomerantz LLP →**
Feb 28, 2022, 23:55 ET

NEW YORK, Feb. 28, 2022 /PRNewswire/ -- Pomerantz LLP announces that a class action lawsuit has been filed against Cabaletta Bio, Inc. ("Cabaletta or the "Company") (NASDAQ: CABA) and certain of its officers. The class action, filed in the United States District Court for the Eastern District of Pennsylvania, and docketed under 22-cv-00737, is on behalf of a class consisting of all persons and entities other than Defendants that purchased or otherwise acquired: (a) Cabaletta common stock pursuant and/or traceable to the Offering Documents (defined below) issued in connection with the Company's initial public offering conducted on or about October 24, 2019 (the "IPO" or "Offering"); and/or (b) Cabaletta securities between October 24, 2019 and December 13, 2021, both dates inclusive (the "Class Period"). Plaintiff pursues claims against the Defendants under the Securities Act of 1933 (the "Securities Act") and the Securities Exchange Act of 1934 (the "Exchange Act").

If you are a shareholder who purchased or otherwise acquired Cabaletta common stock pursuant and/or traceable to the IPO; and/or Cabaletta securities during the Class Period, you have until April 29, 2022 to ask the Court to appoint you as Lead Plaintiff for the class. A copy of the Complaint can be obtained at www.pomerantzlaw.com. To discuss this action, contact

Robert S. Willoughby at newaction@pomlaw.com or 888.476.6529 (or 888.4-POMLAW), toll-free, Ext. 7980. Those who inquire by e-mail are encouraged to include their mailing address, telephone number, and the number of shares purchased.

[Click here for information about joining the class action]

Cabaletta, a clinical-stage biotechnology company, focuses on the discovery and development of engineered T cell therapies for patients with B cell-mediated autoimmune diseases. The Company's proprietary technology utilizes chimeric autoantibody receptor (CAAR) T cells that are designed to selectively bind and eliminate B cells, which produce disease-causing autoantibodies or pathogenic B cells. Cabaletta's lead product candidate is DSG3-CAART, which is in Phase I clinical trial for the treatment of mucosal pemphigus vulgaris (the "Phase 1 Clinical Trial"), an autoimmune blistering skin disease, and Hemophilia A with Factor VIII alloantibodies.

On September 30, 2019, Cabaletta filed a registration statement on Form S-1 with the SEC in connection with the IPO, which, after amendment, was declared effective by the SEC on October 24, 2019 (the "Registration Statement").

On October 25, 2019, Cabaletta filed a prospectus on Form 424B4 with the SEC in connection with the IPO, which incorporated and formed part of the Registration Statement (the "Prospectus" and, together with the Registration Statement, the "Offering Documents").

Pursuant to the Offering Documents, Cabaletta conducted the IPO, selling approximately 6.8 million shares of common stock priced at $11.00 per share, for approximate proceeds of $69.5 million to the Company after applicable underwriting discounts and commissions, and before expenses.

The complaint alleges that, the Offering Documents were negligently prepared and, as a result, contained untrue statements of material fact or omitted to state other facts necessary to make the statements made not misleading and were not prepared in accordance with the rules and regulations governing their preparation. Additionally, throughout the Class Period, Defendants made materially false and misleading statements regarding the Company's business, operations, and compliance policies. Specifically, the Offering Documents and Defendants

made false and/or misleading statements and/or failed to disclose that: (i) top-line data of the Phase 1 Clinical Trial indicated that DSG3-CAART had, among other things, worsened certain participants' disease activity scores and necessitated additional systemic medication to improve disease activity after DSG3-CAART infusion; (ii) accordingly, DSG3-CAART was not as effective as the Company had represented to investors; (iii) therefore, the Company had overstated DSG3-CAART's clinical and/or commercial prospects; and (iv) as a result, the Company's public statements were materially false and misleading at all relevant times.

On December 14, 2021, Cabaletta issued a press release "report[ing] top-line data on biologic activity from the two lowest dose cohorts in the DesCAARTes™ Phase 1 clinical trial of DSG3-CAART for the treatment of patients with mucosal Pemphigus Vulgaris (mPV)." Among other results, Cabaletta reported that two cohort participants had "disease activity scores that worsened . . . after DSG3-CAART infusion" and thus "reduced or discontinued selected systemic therapies prior to DSG3-CAART infusion, as required by the protocol", while another participant "subsequently received systemic medication to improve disease activity after DSG3-CAART infusion."

On this news, Cabaletta's stock price fell $9.15 per share, or 73.14%, to close at $3.36 per share on December 14, 2021.

As of the time this Complaint was filed, the price of Cabaletta common stock continues to trade below the $11.00 per share Offering price, damaging investors.

Pomerantz LLP, with offices in New York, Chicago, Los Angeles, Paris, and Tel Aviv, is acknowledged as one of the premier firms in the areas of corporate, securities, and antitrust class litigation. Founded by the late Abraham L. Pomerantz, known as the dean of the class action bar, Pomerantz pioneered the field of securities class actions. Today, more than 85 years later, Pomerantz continues in the tradition he established, fighting for the rights of the victims of securities fraud, breaches of fiduciary duty, and corporate misconduct. The Firm has recovered numerous multimillion-dollar damages awards on behalf of class members. See www.pomlaw.com

**CONTACT:**

Robert S. Willoughby

Pomerantz LLP

rswilloughby@pomlaw.com

888-476-6529 ext. 7980

SOURCE Pomerantz LLP