# EXHIBIT C

**CERTIFICATION PURSUANT**
**TO FEDERAL SECURITIES LAWS**

1.      I, _Charles Casey Nolan_____, make this declaration pursuant to

Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities

Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of

1995.

2.      I have reviewed a Complaint against Cabaletta Bio, Inc. ("Cabaletta" or the "Company")

and authorize the filing of a comparable complaint on my behalf.

3.      I did not purchase or acquire Cabaletta securities at the direction of plaintiffs' counsel or

in order to participate in any private action arising under the Securities Act or Exchange Act.

4.      I am willing to serve as a representative party on behalf of a Class of investors who

purchased or otherwise acquired: (a) Cabaletta common stock pursuant and/or traceable to the Offering

Documents issued in connection with the Company's initial public offering conducted on or about October

24, 2019 (the "IPO"); and/or (b) Cabaletta securities during the class period, including providing testimony

at deposition and trial, if necessary.  I understand that the Court has the authority to select the most adequate

lead plaintiff in this action.

5.      The attached sheet lists all of my transactions in: Cabaletta common stock pursuant and/or

traceable to the Offering Documents issued in connection with the Company's IPO; and/or Cabaletta

securities during the Class Period as specified in the Complaint.

6.      During the three-year period preceding the date on which this Certification is signed, I have

not served or sought to serve as a representative party on behalf of a class under the federal securities laws.

7.      I agree not to accept any payment for serving as a representative party on behalf of the

class as set forth in the Complaint, beyond my pro rata share of any recovery, except such reasonable costs

and expenses directly relating to the representation of the class as ordered or approved by the Court.

8. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

**Executed** ___4/29/2022_____
                        **(Date)**

DocuSigned by:

_____
(Signature)          77482CEE759D414...

Charles Casey Nolan
_____
**(Type or Print Name)**

**Cabaletta Bio, Inc. (CABA)**                                        **Charles Casey Nolan**

### List of Purchases and Sales

| Date | Purchase or Sale | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Purchase | 12/21/2021 | 51.00 | $4.5200 |
| Purchase | 12/21/2021 | 33.00 | $4.5200 |
| Purchase | 12/21/2021 | 33.00 | $4.5200 |
| Purchase | 12/21/2021 | 37.00 | $4.5000 |
| Purchase | 12/21/2021 | 100.00 | $4.6100 |
| Purchase | 12/21/2021 | 100.00 | $4.6100 |
| Purchase | 12/21/2021 | 157.00 | $4.6100 |
| Purchase | 12/21/2021 | 100.00 | $4.6100 |
| Purchase | 12/21/2021 | 118.92 | $4.6100 |
| Purchase | 12/21/2021 | 24.00 | $4.6800 |
| Purchase | 12/21/2021 | 100.00 | $4.6100 |
| Purchase | 12/21/2021 | 100.00 | $4.6100 |
| Purchase | 12/21/2021 | 100.00 | $4.6100 |
| Purchase | 12/21/2021 | 33.00 | $4.6800 |
| Purchase | 12/21/2021 | 0.11 | $4.5000 |